UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRUMBULL MALL REALTY LLC, | : | |
|     Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:24-cv-00455 (JCH) |
| v. | : | |
| | : | |
| SEAQUEST HOLDINGS, LLC, | : | AUGUST 8, 2024 |
|     Defendant. | : | |

## **DEFAULT JUDGMENT**

    This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of Motion for Default Judgment filed by plaintiff, Trumbull Mall Realty LLC, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On July 8, 2024, a default under Rule 55(a) FRCvP entered against defendant, Seaquest Holdings, LLC, and on August 7, 2024, the court granted plaintiff's Motion for Default Judgment.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, against the defendant, in the amount of $2,105,773.21, plus statutory post-judgment interest pursuant to 28 U.S.C. Section 1961, and the case is closed.

    Dated at New Haven, Connecticut, this 8th day of August 2024.

                                                          Dinah Milton Kinney, Clerk

                                                          By:  /s/ Liana Barry
                                                                Deputy Clerk

EOD: 8/8/2024